# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| **JANET BAKER and** | ) | |
| **NELSON BAKER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.  2:18-cv-02044-JPM-dkv** |
| | ) | |
| **TARGET CORPORATION** | ) | **JURY DEMANDED** |
| **d/b/a MEMPHIS NE TARGET,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Caroline R. Gordon and withdraws her appearance as counsel for the Plaintiff in this case.

RESPECTFULLY SUBMITTED August 15, 2018.

GORDON SHAW LAW GROUP, PLLC

BY: /s/ Caroline R. Gordon_____
AMBER GRIFFIN SHAW (TN #026337)
CAROLINE R. GORDON (TN #35155)
Suite 300, Hotel Lindo Building
114 West Liberty Avenue
P. O. Box 846
Covington, TN 38019-0846
901-476-7100.Telephone
901-476-3537.Facsimile
lawjhg@comcast.net

*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

Counsel for the Plaintiffs certifies that on August 15, 2018, a true and correct copy of the foregoing was forwarded *via* first class U.S. mail, postage pre-paid to:

Richard D. Underwood (TN #014515)
Farris Bobango Branan PLC
999 S. Shady Grove Road, Suite 500
Memphis, TN  38120
901-259-7100.telephone
901-259-7150.facsimile
runderwood@farris-law.com

*Attorneys for Defendant*

/s/ Caroline R. Gordon